

# NUMBER 13-21-00193-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DAVID SANCHEZ ROCHA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

## On appeal from the 139th District Court
of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

Before the Court is appellant's pro se motion for access to the appellate record. On March 11, 2022, appellant's counsel filed an *Anders* brief, and appellant has been unable to examine the record in order to file a pro se brief.

Accordingly, we grant appellant's motion and it is hereby ordered that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or

before fifteen (15) days from the date this order issues. It is further ordered the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
19th day of May, 2022.